JS-6

ROTHNER, SEGALL & GREENSTONE
ANTHONY R. SEGALL (CSB #101340)
E-mail: asegall@rsglabor.com
MICHELE SHERER ANCHETA (CSB #192039)
E-mail: mancheta@rsglabor.com
510 South Marengo Avenue
Pasadena, California  91101-3115
Telephone:  (626) 796-7555
Facsimile:   (626) 577-0124

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA LOCAL 831 EMPLOYER HEALTH FUND; BOARD OF TRUSTEES OF THE EMPLOYER PENSION FUND; and BOARD OF TRUSTEES OF THE EMPLOYER TRAINING AND RE-TRAINING FUND, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL EXPO SERVICE, INC.; ANTHONY DI GIORGIO, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 8:17-cv-00239-DOC (JCGx) <br><br> Hon. David O. Carter <br><br><br> ORDER DISMISSING CASE WITHOUT PREJUDICE [11] |

TO ALL INTERESTED PARTIES:

    The Court, having reviewed the Notice of Dismissal, dismisses this action in its entirety without prejudice.

Dated:   April 27, 2017

                                           */s/ David O. Carter*
                                          The Honorable David O. Carter